IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **HARDY JONES,** | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. **3:14-CV-2218-L** |
| | § | |
| **PATE REHABILITATION,** | § | |
| | § | |
| Defendant. | § | |

## ORDER

This case was referred for screening to Magistrate Paul D. Stickney, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on June 19, 2014 (Doc. 4), recommending that the court deny Plaintiff's Application to Proceed In District Court Without Paying Fees or Costs (Doc. 1-1), filed June 17, 2014, and require Plaintiff to pay the statutory filing fee by July 18, 2014.  No objections to the Report were filed.  Having reviewed the pleadings, file, record in this case, and Report, the court determines that the findings and conclusions are correct, and **accepts** them as those of the court.  The court therefore **denies** Plaintiff's Application to Proceed In District Court Without Paying Fees or Costs (Doc. 1-1) and **directs** Plaintiff to pay the requisite statutory filing fee by **July 18, 2014**.  *Failure to comply with this order will result in dismissal without prejudice of this case pursuant to Federal Rule of Civil Procedure 41(b).*

**It is so ordered** this 7th day of July, 2014.

Sam A. Lindsay
United States District Judge

Order – Solo Page